UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUG ENFORCEMENT ADMINISTRATION,<br><br>            Plaintiff,<br>    v.<br><br>$7,582.00 in U.S. Currency,<br><br>            Defendant,<br><br>DAVID MARIN,<br><br>            Claimant. | 1: 05-mc-00028-SMS<br><br>ORDER re: FINDINGS AND RECOMMENDATION THAT CIVIL ACTION NOT BE OPENED (DOC. 8) |

On October 20, 2005, the Magistrate Judge filed findings and a recommendation that with respect to this miscellaneous file, a civil action not be opened. The findings and recommendation were served on all parties, and on Perry-Adron McCullough, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the file. Having carefully reviewed the entire file,

the Court finds that the report and recommendation are supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendation filed October 20, 2005, are ADOPTED IN FULL; and

    2. A civil action will not be opened, and the Clerk is directed to close the miscellaneous file.

IT IS SO ORDERED.

**Dated:   November 29, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

2